```
Priority   ✓
Send       ✓
Enter      ✓
Closed     ___
JS-5/JS-6  ___
JS-2/JS-3  ___
Scan Only  ___
```

FILED
CLERK, U.S. DISTRICT COURT

AUG 11 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL D. FULTON,<br><br>    Plaintiff,<br><br>  v.<br><br>E. JENSEN,<br><br>    Defendant. | Case No. CV 05-8055 RGK(JC)<br><br>(PROPOSED)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, Defendant's Motion to Dismiss ("Defendant's Motion"), Plaintiff's Opposition thereto, and all of the records herein, including the Report and Recommendation of United States Magistrate Judge ("Report and Recommendation") and Defendant's Objection to the Report and Recommendation ("Defendant's Objection"). The Court has further made a de novo determination of those portions of the Report and Recommendation to which objection is made. The Court concurs with and adopts the findings, conclusions, and recommendations of the United States Magistrate Judge and overrules Defendant's Objection.

///
///
///

1  IT IS HEREBY ORDERED that Defendant's Motion is denied.
2  IT IS FURTHER ORDERED that the Clerk serve copies of this Order and
3  the Report and Recommendation on plaintiff and on defendant's counsel.
4  IT IS SO ORDERED.
5  DATED: AUG 11 2008

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE